[No. 73607-8-I.  Division One.  July 25, 2016.]

LEANNE HARRIS, *Respondent*, v. JASON HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-28164-1, Melinda Johnson Taylor, J. Pro Tem., entered April 14, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer and Leach, JJ.

[No. 73617-5-I.  Division One.  July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD MIKAIL KINGMA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00826-3, Thomas J. Wynne, J., entered June 15, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach and Spearman, JJ.

[No. 73759-7-I.  Division One.  July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. VINOD CHANDRA RAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09843-8, Carol A. Schapira, J., entered July 31, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 73835-6-I.  Division One.  July 25, 2016.]

JEREMY GRANDE, *Appellant*, v. SKAGIT COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 15-2-00816-4, Michael E. Rickert, J., entered July 17, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Trickey, J.